# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Adam Hilse, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-00026 UNA |
| ) | |
| Edwin M. Gathecha, et al. ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

The above styled and numbered case was filed on January 8, 2019 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:19-cv-00003.

**IT IS FURTHER ORDERED** that cause number 4:19-cv-00026 UNA be administratively closed.

GREGORY J. LINHARES<br>
CLERK OF COURT

Dated: <u>January 9, 2019</u>        By: <u>Jason W. Dockery</u>
                                                   Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 1:19-cv-00003 ACL.**