# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | |
|---|---|
| ADAM HILSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:19-CV-00003-SNLJ |
| | ) |
| EDWIN M. GATHECHA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

COME NOW Plaintiff Adam Hilse and Defendants Edwin Gathecha and Vynera Transportation, Inc. stipulate and agree that Plaintiff's cause herein shall be dismissed with prejudice. The parties have reached an agreement as to the handling of court costs, and no court costs shall be taxed by the Court. Each party will bear its own attorney's fees.

Witness our hands this 19th day of January, 2022.

| | |
|---|---|
| */s/ Steven J. Bernstein* | */s/ Mary Anne Mellow* |
| Steven J. Bernstein, #59488MO | SANDBERG PHOENIX & von GONTARD |
| David J. Gregory, #63651 | P.C. |
| 7733 Forsyth Blvd., Suite 1100 | Mary Anne Mellow, #33351MO |
| Clayton, MO 63105 | Natalie J. Kussart, #59622MO |
| Ph: (314) 727-7220 | 600 Washington Avenue - 15th Floor |
| Fax: (314) 727-7250 | St. Louis, MO 63101-1313 |
| bernsteinlawoffice@gmail.com | 314-231-3332 |
| sbernstein@theinjurycounsel.com | 314-241-7604 (Fax) |
| dgregory@theinjurycounsel.com | mmellow@sandbergphoenix.com |
| ***Attorneys for Plaintiff*** | nkussart@sandbergphoenix.com |
| | ***Attorneys for Defendants*** |

SO ORDERED this 20th day of January, 2022

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE